1
2
3
4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

5
6
7

GULLIVER'S TAVERN
INCORPORATED,

8                                   Plaintiff(s),

9                    v.

10

FOXY LADY INC,

11
12                                 Defendant(s).

CASE NO.
3:23−cv−05027−DGE

ORDER OF DEFAULT

13          THIS MATTER comes before the Clerk of Court on Plaintiff Gulliver's

14  Tavern Incorporated's motion pursuant to FRCP 55(a) and LCR 55(a), and it appearing

15  that Defendant Foxy Lady Inc has failed to timely plead or otherwise defend in this

16  action, the default of Defendant Foxy Lady Inc is hereby entered.

17          IT IS SO ORDERED.

18          DATED: The 14th of February 2023

19                                          RAVI SUBRAMANIAN

20                                          /s/Gretchen Craft
                                             Deputy Clerk
21
22
23
24
25
26

ORDER OF DEFAULT
Page 1