The Honorable Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| GULLIVER'S TAVERN, INCORPORATED d/b/a FOXY LADY,<br><br>Plaintiff<br><br>v.<br><br>FOXY LADY, INC. d/b/a FOXY LADY COFFEE,<br><br>Defendant. | Case No. 3:23-cv-05027-TMC<br><br>**ORDER PERMITTING OVERLENGTH MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION**<br><br>NOTE ON MOTION CALENDAR: June 26, 2024 |

This matter having come before the Court on Plaintiff's Motion for Overlength Motion for Default Judgment and Permanent Injunction under Local Civil Rule 7(f) (the "Motion"). The Court, for good cause shown, hereby grants the Motion.

**IT IS HEREBY ORDERED THAT:**

A limit of 4,200 words shall apply to the briefing on Plaintiff's forthcoming Motion for Default Judgment.

ORDER ON OVERLENGTH MOTION
[No.: 3:23-cv-05027-TMC] - 1

NEWMAN LLP

1201 Second Avenue, Suite 900
Seattle, Washington 98101
(206) 274-2800

DATED: June 27, 2024

_____
Tiffany M. Cartwright
United States District Judge

Presented by:

s/ Derek Linke
Derek Linke, WSBA No. 38314
NEWMAN LLP
1201 Second Avenue, Suite 900
Seattle, WA 98101
Telephone:   (206) 274-2800
Email:       *linke@newmanlaw.com*

ORDER ON OVERLENGTH MOTION
[No.: 3:23-cv-05027-TMC] - 2

NEWMAN LLP

1201 Second Avenue, Suite 900
Seattle, Washington 98101
(206) 274-2800